IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eddleman, Alesia R

Printed: 10/7/08

Case Number: 08 B 24258
Judge: Wedoff, Eugene R
Filed: 9/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Transferred: October 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lighthouse Financial Group | Secured | 1,100.00 | 0.00 |
| 2. | Lighthouse Financial Group | Unsecured | 36.35 | 0.00 |
| 3. | AT&T | Unsecured |  | No Claim Filed |
| 4. | First Premier | Unsecured |  | No Claim Filed |
| 5. | Cache Inc | Unsecured |  | No Claim Filed |
| 6. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 7. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 8. | Comcast | Unsecured |  | No Claim Filed |
| 9. | Cook County State's Attorney | Unsecured |  | No Claim Filed |
| 10. | Credit One | Unsecured |  | No Claim Filed |
| 11. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 12. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 13. | US Bank | Unsecured |  | No Claim Filed |
| 14. | Medical Collections | Unsecured |  | No Claim Filed |
| 15. | TRS Recovery Services Inc | Unsecured |  | No Claim Filed |
| 16. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 17. | Overland Bond & Investment Corp | Unsecured |  | No Claim Filed |
| 18. | National Quick Cash | Unsecured |  | No Claim Filed |
| 19. | Vengroff, Williams, & Associates | Unsecured |  | No Claim Filed |
| 20. | A All Financial | Unsecured |  | No Claim Filed |
| 21. | West Asset Management | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | Women's Workout World | Unsecured |  | No Claim Filed |
| 24. | America's Recovery Network | Unsecured |  | No Claim Filed |
| 25. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Eddleman, Alesia R | Case Number:  08 B 24258 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/7/08 | Filed:  9/12/08 |

```
                                                  _____         _____
                                                  $ 1,136.35             $ 0.00
```

### TRUSTEE FEE DETAIL

```
                         Fee Rate              Total Fees
                                               _____
                                                 $ 0.00
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____